*Pross T. Cross* for petitioners. *Mr. K. B. Randolph* for respondent.

No. 579. PACIFIC GAS & ELECTRIC CO. *v.* SACRAMENTO MUNICIPAL UTILITY DISTRICT. February 1, 1943. Petition for writ of certiorari to the Supreme Court of California denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Thomas J. Straub* and *John Clarence Wood* for petitioner. *Mr. Stephen W. Downey* for respondent.

No. 548. REECE ET AL. *v.* UNITED STATES. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 587. VILES *v.* PRUDENTIAL INSURANCE CO. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Edmond L. Viles, pro se. Mr. Horace Phelps* for respondent.

No. 611. COATES *v.* LAWRENCE, SUPERINTENDENT AND WARDEN. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Paul Crutchfield* for petitioner. *Mr. Ellis Arnall* for respondent.

No. 594. LUNDON *v.* CHAPMAN, KEEPER OF THE FLORIDA STATE PENITENTIARY. February 1, 1943. Petition